IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
HATTIESBURG DIVISION

COREY BARNETT

VS.                                                          CIVIL ACTION NO. 2:05cv2081-KS-MTP

D. ANDERSON, ET AL

## JUDGMENT

This matter having come on to be heard on this date on the proposed Report and Recommendation of the United States Magistrate Judge entered on August 20, 2006, and the Court after a full review of the record, having adopted the Proposed Findings of Fact and Recommendations and making the additional findings as stated in the previous order, finds that this matter should be **dismissed** with prejudice.

The Plaintiff is hereby notified that pursuant to Rule 4(a) of the Federal Rules of Appellate Procedure, he has the right to appeal this order to the United States Court of Appeals for the Fifth Circuit within thirty (30) days of the entry of final judgment in this matter.

IT IS THEREFORE ORDERED AND ADJUDGED that the above captioned cause be, and the same hereby is **dismissed** with prejudice.

SO ORDERED AND ADJUDGED on this, the 13th day of September, 2006.

s/ *Keith Starrett*
UNITED STATES DISTRICT JUDGE